IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:01CR40-1


UNITED STATES OF AMERICA )
)
)
vs. )          **O R D E R**
)
)
GLEN ALLEN GRAVES )
)


**THIS MATTER** is before the Court on Defendant's motion for reconsideration of restitution.

The Court has no authority to modify the order of restitution based on the grounds contained in the Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for reconsideration is **DENIED.**

**Signed: May 23, 2005**

Lacy H. Thornburg
United States District Judge